Kerry J. Kaltenbach
e-mail: kerrykaltenbach@zhonglun.com
Huaying Piao
e-mail: piaohuaying@zhonglun.com
Zhong Lun New York LLP
Two Wall Street, 21st Floor
New York, NY  10005
Tel: (212) 380-8388
Fax: (212) 810-1995
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GUANGZHOU LOVE LIVE CULTURE DEVELOPMENT LIMITED COMPANY, a China limited company, <br><br>         Plaintiff, <br><br> -against- <br><br> BELINDA INTERNATIONAL LIMITED, a New York business corporation d/b/a BELINDA INTERNATIONAL ENTERTAINMENT GROUP; and KAM YAN LEUNG a/k/a ANGELA WONG, an individual, <br><br>         Defendants. | Case No.: 1:16-cv-862 <br><br> **NOTICE OF CHANGE** |

To:   The Clerk of Court and All Parties

Please take notice of the following attorney information changes for Huaying Piao, attorney for plaintiff.

| | | |
|---|---|---|
| Old Firm: | Firm Name | DaCheng Law Offices, LLP |
| | Address | Two Wall Street, 21st Floor |
| | | New York, NY  10005 |
| | Telephone Number | (212) 380-8388 |
| | Fax Number | (212) 810-1995 |
| | Email: | huaying.piao@dachenglaw.com |

1

|  |  |  |
|---|---|---|
| New Firm: | Firm Name | Zhong Lun New York LLP |
|  | Address | Two Wall Street, 21st Floor |
|  |  | New York, NY  10005 |
|  | Telephone Number | (212) 380-8388 |
|  | Fax Number | (212) 810-1995 |
|  | Email | piaohuaying@zhonglun.com |

Huaying Piao will continue to be counsel of record on the above-entitled case at my new firm.

Dated: New York, New York
May 16, 2016

Zhong Lun New York LLP

By:    */s/ Huaying Piao*
Huaying Piao
Two Wall Street, 21st Floor
New York, NY  10005
Tel: (212) 380-8388
Fax: (212) 810-1995
e-mail: piaohuaying@zhonglun.com

Attorneys for Plaintiff GUANGZHOU LOVE LIVE CULTURE DEVELOPMENT LIMITED COMPANY