# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | December 13, 2018 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-16-862 (CBA) |
| **NAME OF CASE(S):** | **GUANGZHOU LOVE LIVE CULTURE DEVELOPMENT LTD. CO. V. BELINDA INTERNATIONAL LTD. ET AL.** |
| **FOR PLAINTIFF(S):** | Kaltenbach, Piao |
| **FOR DEFENDANT(S):** | Roseman, Anderson |
| **NEXT CONFERENCE(S):** | **FEBRUARY 13, 2019 AT 11:00 A.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 10:41 - 10:52 |

## RULINGS FROM MOTION HEARING:

Mr. Anderson reports that he will be assuming representation of all Defendants.  The Court orders new counsel to file a notice of appearance by December 17, 2018.  Accordingly, Mr. Roseman's Motion to Withdraw as Attorney [53] is granted.  Mr. Roseman will be formally terminated as attorney of record once new counsel files the notice of appearance.  The Court will hold an in-person settlement conference on February 13, 2019 at 11:00 a.m.