中倫律師事務所
**ZHONG LUN NEW YORK**

美国纽约州纽约市华尔街 2 号 21 层　邮政编码：10005
2 Wall Street, 21st Floor, New York, NY 10005, USA
电话/Tel：+1(212)380-8388　传真/Fax：+1(212)810-1995
网址：www.zhonglun.com

March 14, 2019

**VIA ECF**

The Honorable Steven L. Tiscione, Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Guangzhou Love Live v. Belinda International Limited and
> Kam Yan Leung (Angela Wong)
> Case No.: 1:16-cv-000862

Dear Judge Tiscione:

This firm represents Guangzhou Love Live Culture Development Limited Company ("GZLL") in this action against Belinda International Limited d/b/a Belinda International Entertainment Group ("Belinda"), and its principal, Kam Yan Leung a/k/a Angela Wong ("Ms. Wong").

With regard to the plaintiff's motion to the amend its complaint (Doc. 60) filed on March 8, 2019, Your Honor had previously directed on February 13, 2019 that the parties enter into a briefing schedule for the motion.   The parties jointly respectfully request a briefing schedule whereby defendants' response, if any, to plaintiff's motion be filed by April 3, 2019, and plaintiff's reply on the motion, if any, be filed by April 17, 2019.

We ask that Your Honor permit and so-order such briefing schedule.

Respectfully submitted,

Kerry J. Kaltenbach

KJK/